

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00503-CV

Patrick **MINOR**,
Appellant

v.

**DIVERSE FACILITY SOLUTIONS**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00808
Honorable David A. Canales, Judge Presiding

## O R D E R

Panel:     Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Lori I. Valenzuela, Justice

On December 21, 2022, this court issued an opinion and judgment dismissing this appeal for lack of jurisdiction. On January 3, 2023, appellant filed a document titled "Response & Challenging [sic] Dismissal of Case for Lack of Jurisdiction," which we construe as a motion for rehearing. After considering the motion, it is DENIED.

Entered on this 9th day of January, 2023.

**PER CURIAM**

ATTESTED TO: _____
                   MICHAEL A. CRUZ, Clerk of Court

